Bluefly Acquisition, LLC
Case No. 19-10207 (CSS)

Exhibit A

| Check Number | Check Date | Name | Amount | Clear Date |
|---|---|---|---|---|
| 5174 | 11/15/2018 | AMAZON WEB SERVICES | $23,823.83 | 11/19/2018 |
| 5449 | 1/2/2019 | AMAZON WEB SERVICES, INC. | $29,562.18 | 1/14/2019 |
| 5459 | 1/17/2019 | AMAZON WEB SERVICES, INC. | $26,311.60 | 1/24/2019 |
| | | Total | $79,697.61 | |